## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| F FAMILY SOUTH, LLC, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *   CASE NO.: 1:20-cv-00612-WS-N |
| | * |
| BALDWIN COUNTY, ALABAMA, | * |
| | * |
| DEFENDANT. | * |
| | * |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW, F Family South, LLC, and moves this Court pursuant to Fed. R. Civ. P. 56 for an order granting partial summary judgment as to Plaintiff's claims asserted in Counts One and Two of Plaintiff's Complaint, based on the ground that there is no genuine issue as to any material fact and summary judgment is due to be granted in Plaintiff's favor as a matter of law.  This motion is supported by Plaintiff's Memorandum in Support of Motion for Summary Judgment and attachments filed contemporaneously herewith.

WHEREFORE, the above premises considered, Plaintiff requests that this Court issue an order granting partial summary judgment in its favor against Defendant Baldwin County, Alabama.

Respectfully submitted,

*/s/ Thomas H. Benton, Jr.*
THOMAS H. BENTON, JR. (BEN028)

OF COUNSEL:

Benton Law Firm, LLC.
Post Office Box 11
Mobile, AL 36601
(251) 338-4286 Direct Dial
(251) 694-1998 Facsimile
tom@benton-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2022, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF Electronic Filing System which will send notification of such filing to the following:

Kendrick E. Webb
Jamie Helen Kidd Frawley
Webb McNeil Walker PC
Post Office Box 240909
Montgomery, Alabama 36124

J. Bradford Boyd Hicks
Stone Crosby, P.C.
8820 Highway 90
Daphne, AL 36526

*/s/ Thomas H. Benton, Jr.*